AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Washington

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington corporation <br><br> *Plaintiff(s)* <br> v. <br> SHUFFLE TECH INTERNATIONAL, LLC, an Illinois corporation; RICHARD SCHULTZ, an individual; and POYDRAS-TALRICK HOLDINGS, LLC, a Delaware Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-277-JLQ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHUFFLE TECH INTERNATIONAL, LLC: 1440 N. Kingsbury St., Ste. 218, Chicago, IL 60642; RICHARD SCHULTZ: address unknown; POYDRAS-TALRICK HOLDINGS, LLC: 108 West 13th St., Wilmington, DE 19801.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  EOWEN S. ROSENTRATER
LAW OFFICE OF EOWEN S. ROSENTRATER, PLLC
108 N. WASHINGTON, STE. 302
SPOKANE, WA 99201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Aug 20, 2014, 9:29 am
Date

SEAN F. McAVOY, Clerk

