Jeffrey E. Bilanko, WSBA No. 38829
jbilanko@gordonrees.com
Brandon R. Carroll, WSBA No. 39510
brcarroll@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHUFFLE TECH INTERNATIONAL LLC, an Illinois Limited Liability Company; RICHARD SCHULTZ, an individual; POYDRAS-TALRICK HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:14-CV-00277 JLQ<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DIGIDEAL CORPORATION** |

NOTICE OF ASSOCIATION OF COUNSEL - 1
Case No. 2:14-CV-00277 JLQ

| | |
|---|---|
| 1 | |
| 2 | SHUFFLE TECH INTERNATIONAL LLC, an Illinois Limited Liability Company and POYDRAS-TALRICK HOLDINGS, LLC, a Delaware Limited Liability Company, |
| 3 | |
| 4 | |
| 5 | Counterclaimants, |
| 6 | v. |
| 7 | DIGIDEAL CORPORATION, INC., a Washington corporation, |
| 8 | |
| 9 | Counterdefendant. |
| 10 | SHUFFLE TECH INTERNATIONAL LLC, an Illinois Limited Liability Company and POYDRAS-TALRICK HOLDINGS, LLC, a Delaware Limited Liability Company, |
| 11 | |
| 12 | |
| 13 | Third-Party Plaintiffs, |
| 14 | v. |
| 15 | MICHAEL J. KUHN, an individual, |
| 16 | Third-Party Defendant. |

TO:   All parties herein and to their respective counsel of record;

AND TO:   Clerk of the above-entitled Court

PLEASE TAKE NOTICE that Jeffrey E. Bilanko and Brandon R. Carroll of Gordon & Rees LLP hereby appear in the above-entitled action for Plaintiff/Counterdefendant DigiDeal Corporation in association with Eowen S. Rosentrater Law Office of Eowen Rosentrater, PLLC, attorneys of record for

NOTICE OF ASSOCIATION OF COUNSEL - 2
Case No.  2:14-CV-00277 JLQ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Plaintiff/ Counterdefendant DigiDeal Corporation, and request that service of all future pleadings in this action also be served to the following address:

> Jeffrey E. Bilanko
> Brandon R. Carroll
> Gordon & Rees LLP
> 701 Fifth Avenue, Suite 2100
> Seattle, WA  98104
> Phone:  (206) 695-5100
> Fax:  (206) 689-2822
> jbilanko@gordonrees.com
> brcarroll@gordonrees.com

DATED this 2nd day of February, 2016.

        GORDON & REES LLP

        */s/ Jeffrey E. Bilanko*
        Jeffrey E. Bilanko, WSBA No. 38829
        Attorneys for Plaintiff DigiDeal Corporation

DATED this 2nd day of February, 2016.

        GORDON & REES LLP

        */s/ Brandon R. Carroll*
        Brandon R. Carroll, WSBA No. 39510
        Attorneys for Plaintiff DigiDeal Corporation

DATED this 2nd day of February, 2016.

        LAW OFFICE OF EOWEN ROSENTRATER, PLLC

        */s/ Eowen S. Rosentrater*
        Eowen S. Rosentrater, WSBA No. 36744
        Attorneys for Plaintiff DigiDeal Corporation

NOTICE OF ASSOCIATION OF COUNSEL - 3
Case No.  2:14-CV-00277 JLQ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

I certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Eowen S. Rosentrater, WSBA No. 36744
Law Office of Eowen Rosentrater, PLLC
108 Washington Street, Suite 302
Spokane, WA  99201
Telephone:  (509) 868-5389
Fax:  (509) 271-3432
Email:  eowen@eowenlawoffice.com
*Attorneys for Plaintiff DigiDeal Corporation and*
*Third-Party Defendant Michael J. Kuhn*

Jeffrey T. Sperline, WSBA No. 24028
Sperline Raekes, PLLC
601 N. Young Street, Suite A
Kennewick, WA  99336
Telephone:  (509) 783-6633
Fax:  (509) 783-6644
Email:  jeff@srlaw.net
*Attorneys for Shuffle Tech International, LLC*
*And Poydras-Talrick Holdings, LLC*

H. Stan Johnson (*Pro Hac Vice*)
Cohen-Johnson, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, NV  89119
Telephone:  (702) 823-3500
Fax:  (702) 823-3400
Email:  sjohnson@cohenjohnson.com
*Attorneys for Shuffle Tech International, LLC*
*And Poydras-Talrick Holdings, LLC*

NOTICE OF ASSOCIATION OF COUNSEL - 4
Case No.  2:14-CV-00277 JLQ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

DATED this 2nd day of February, 2016.

          */s/ Loida Gallegos*
          Loida Cifra Gallegos

NOTICE OF ASSOCIATION OF COUNSEL - 5
Case No. 2:14-CV-00277 JLQ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

/26535349v.1