UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington Corporation,<br><br>　　　　Plaintiff/<br>　　　　Counterdefendant,<br><br>　　v.<br><br>SHUFFLE TECH INT'L LLC, an Illinois Limited Liability Company, RICHARD SHULTZ, an individual, POYDRAS-TALRICK HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants/<br>　　　　Counterclaimants/<br>　　　　Third-Party Plaintiffs<br><br>　　v.<br><br>MICHAEL J. KUHN, an individual,<br><br>　　　　Third-Party Defendant/<br>　　　　Counterclaimant. | NO. 2:14-CV-00277-JLQ<br><br>ORDER RE: NOTICE OF TRIAL CONFLICT |

On January 21, 2016, the court held a telephonic hearing with counsel for all parties concerning proposed deadlines for an Amended Scheduling Order. During the telephonic hearing, all parties agreed to commence trial on October 11, 2016. The court issued and filed an Amended Scheduling Order setting trial for October 11, 2016. *See* (ECF No. 49).

On February 2, 2016, attorneys Jeffrey Bilanko and Brandon Carroll entered Notices of Association of Counsel on behalf of Plaintiff and Third-Party Defendant. *See*

ORDER - 1

(ECF No. 50); (ECF No. 51); (ECF No. 52); (ECF No. 53). At that time, the Amended Scheduling Order with the trial date of October 11, 2016 had been on file for over two months. On March 24, 2016, Mr. Bilanko filed a Notice of Trial Conflict stating he has a previously scheduled five day trial in the Western District of Washington set to commence on October 11, 2016. *See* (ECF No. 54). Obviously Mr. Bilanko was aware of this conflict at the time he agreed to appear herein for the Plaintiff. No Motion to Continue this trial has been filed nor did counsel request the court to take any action other than bringing his trial conflict to the court's attention.

The trial of this case may not be delayed or changed by reason of this alleged conflict without the concurrence of all other counsel and the court. All other counsel and the court have arranged their schedules for the previously set October 11, 2016, trial date.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 24th day of March, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE
