UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington Corporation,<br><br>    Plaintiff/<br>    Counterdefendant,<br><br>v.<br><br>SHUFFLE TECH INT'L LLC, an Illinois Limited Liability Company, RICHARD SHULTZ, an individual, POYDRAS-TALRICK HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>    Defendants/<br>    Counterclaimants/<br>    Third-Party Plaintiffs<br><br>v.<br><br>MICHAEL J. KUHN, an individual,<br><br>    Third-Party Defendant/<br>    Counterclaimant. | NO. 2:14-CV-00277-JLQ<br><br>ORDER RE: DISCOVERY ISSUES |

On July 8, 2016, the court held a telephonic conference to address the pending Motion to Compel and other discovery issues. Eowen Rosentrater represented Plaintiff and Third-Party Defendant. H. Stan Johnson appeared on behalf of the Defendants. This Order memorializes and supplements the court's oral rulings.

The court is concerned by the apparent disregard for the Federal Rules of Civil Procedure and non-responses to discovery requests by both Plaintiff and Defendants. The

ORDER - 1

instant Motion alone raises issue with over 100 discovery requests. Because of the court's open file policy regarding discovery, **anything not disclosed in discovery will not be allowed at trial**. The trial date of October 11, 2016, is a firm trial date and all discovery issues will be resolved in a timely manner pre-trial to allow for the efficient resolution of this matter.

To address the myriad discovery issues and complete recalcitrance by all parties, the court will hold an in-person hearing on Thursday, July 14, 2016 at 9 a.m. Prior to the hearing, the parties should meet and confer to attempt to resolve and narrow the outstanding discovery issues. The parties should be prepared to brief the court on the status of this case and identify the remaining discovery issues requiring the court's intervention. At the hearing, the court will begin with Plaintiff's Motion to Compel, and address each discovery issue *ad seriatim* for whatever amount of time is necessary to resolve each and every issue. If time permits, the court will also address Plaintiff's objections and responses to the discovery propounded by Defendants.

**IT IS HEREBY ORDERED:**

The parties shall appear before the court on **Thursday, July 14, 2016, at 9:00 a.m.**, in Spokane, Washington, wherein the court will address the Motion to Compel (ECF No. 61) and other discovery issues, time permitting. If all discovery matters are resolved by the parties prior thereto, the court shall be promptly notified.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

Dated July 8, 2016.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE