UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington Corporation,<br><br>　　　　Plaintiff/<br>　　　　Counterdefendant,<br><br>　　v.<br><br>SHUFFLE TECH INT'L LLC, an Illinois Limited Liability Company, RICHARD SHULTZ, an individual, POYDRAS-TALRICK HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants/<br>　　　　Counterclaimants/<br>　　　　Third-Party Plaintiffs<br><br>　　v.<br><br>MICHAEL J. KUHN, an individual,<br><br>　　　　Third-Party Defendant/<br>　　　　Counterclaimant. | NO. 2:14-CV-00277-JLQ<br><br>ORDER RE: STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

BEFORE THE COURT is the parties' Stipulation and Motion for Dismissal with Prejudice (ECF No. 79) wherein the parties state they agree to dismissal of all claims in this action with prejudice and without costs or attorney's fees to any party.

**IT IS HEREBY ORDERED**:

1. The Stipulation and Motion for Dismissal (ECF No. 79) is **GRANTED**.

2. The Clerk is directed to enter judgment of dismissal of:

ORDER - 1

(1) the Complaint (ECF No. 1) and the claims therein **WITH PREJUDICE** without costs or attorney's fees to any party;

(2) the Counterclaims of Shuffle Tech and Poydras-Talrick (ECF No. 15) against Digideal Corporation and Michael Kuhn **WITH PREJUDICE** without costs or attorney's fees to any party;

(3) the Third Party Complaint and the claims therein of Shuffle Tech International and Poydras-Talrick (ECF No. 18) **WITH PREJUDICE** without costs or attorney's fees to any party; and

(4) the Third Party Complaint of Michael Kuhn (ECF No. 34) and all claims therein **WITH PREJUDICE** without costs or attorney's fees to any party.

3. All other pending Motions are **DENIED AS MOOT**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, enter judgments, furnish copies to counsel, and close this file.

Dated August 12, 2016.

<u>s/ Justin L. Quackenbush</u>
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2