# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DIGIDEAL CORPORATION,

*Plaintiff*

v.

POYDRAS-TALRICK HOLDINGS, LLC, et al,

*Defendant*

Civil Action No.  2:14-CV-00277-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulation and Motion for Dismissal is GRANTED. Judgment of dismissal of: the Complaint and the claims therein WITH PREJUDICE without costs or attorney's fees to any party; the Counterclaims of Shuffle Tech and Poydras-Talrick against Digideal Corporation and Michael Kuhn WITH PREJUDICE without costs or attorney's fees to any party; the Third Party Complaint and the claims therein of Shuffle Tech International and Poydras-Talrick WITH PREJUDICE without costs or attorney's fees to any party; and the Third Party Complaint of Michael Kuhn and all claims therein WITH PREJUDICE without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a stipulated motion to Dismiss.


Date:  August 12, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy