UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIGIDEAL CORPORATION, a Washington Corporation,<br><br>  Plaintiff/<br>  Counterdefendant,<br><br>  v.<br><br>SHUFFLE TECH INT'L LLC, an Illinois Limited Liability Company, RICHARD SHULTZ, an individual, POYDRAS-TALRICK HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>  Defendants/<br>  Counterclaimants/<br>  Third-Party Plaintiffs<br><br>  v.<br><br>MICHAEL J. KUHN, an individual,<br><br>  Third-Party Defendant/<br>  Counterclaimant. | NO. 2:14-CV-00277-JLQ<br><br>ORDER RE: NOTICE OF WITHDRAWAL OF MOTION TO VACATE |

On August 11, 2016, the parties filed a Stipulation and Motion for Dismissal with Prejudice. (ECF No. 79). On August 12, 2016, the court granted the Motion for Dismissal, and as requested by the parties, entered Judgment dismissing the claims with prejudice. *See* (ECF No. 80): (ECF No. 81). On September 26, 2016, Plaintiff filed a Confession of Judgment (ECF No. 82).

ORDER - 1

On September 28, 2016, the court issued an Order directing the parties to respond to jurisdictional and procedural issues raised therein. (ECF No. 83). Plaintiff responded by filing a Motion to Vacate (ECF No. 85) asserting the Defendants repudiated the settlement agreement. After Defendants responded to the Motion to Vacate, Plaintiff filed a Notice of Withdrawal of Motion to Vacate Without Prejudice (ECF No. 87) stating Plaintiff and Third-Party Defendant "intend to pursue the matter in state court" and seek to withdraw the Motion to Vacate and Confession of Judgment (ECF No. 87 at 2).

The Notice of Withdrawal is well-taken. The court did not retain jurisdiction to enforce the Confession of Judgment.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Vacate (ECF No. 85) is **WITHDRAWN**.
2. The Confession of Judgment (ECF No. 82) is **WITHDRAWN**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close this file.

Dated November 8, 2016.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE